| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** JUDGE KENNELLY MAGISTRATE JUDGE VALDEZ | | 99-CR-50-C-01 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy T. Rucker  [RECEIVED JUL 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS] | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/9/07 — TO 10/8/10 |

| OFFENSE | |
|---|---|
| Possession by an Inmate of a Prohibited Object - Marijuana | 08 CR 572 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 26, 2008_ — Date

_Barbara B. Crabb_ — United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

JUL 1 7 2008 — Effective Date

_James F. Holderman_ — United States District Judge

FILED
July 21, 2008
JUL 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT